Appeal No. 75-222. Robert P. Sarni *et al.* *v.* Orlando M. Armada *et al.* Motion of defendants to affirm the judgment below pursuant to Rule 16(g) is denied. *Nancy Ann Palmisciano, Thomas R. DiLuglio,* for plaintiffs. *Dominick A. St. Angelo,* for defendants.

February 19, 1976

M. P. No. 76-54. In re Barbara A. Robalewski. Petitioner, who was appointed as an officer of this court to represent the applicant in her suit against another attorney, has filed a petition for instructions concerning a fee for representing the applicant. This court has no funds available to pay attorneys in matters of this kind, therefore, the request must be denied. *Edward E. Dillon, Jr.,* petitioner, pro se.